UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN C. BENITES,<br><br>Plaintiff,<br><br>v.<br><br>FOOTHILL CAPITAL SOLUTIONS, LLC,<br><br>Defendant. | Case No. 1:26-cv-05689-KES-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND DEFENDANT FOOTHILL CAPITAL SOLUTIONS LLC'S TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 5) |

On September 2, 2026, Defendant Foothill Capital Solutions, LLC and Plaintiff Robin C. Benites filed a stipulation to extend Defendant's time to respond to the complaint until September 23, 2026. (ECF No. 5).

Upon consideration, and good cause appearing, the Court shall GRANT the stipulation and orders that Defendant's response to the complaint is due no later than September 23, 2026.

IT IS SO ORDERED.

Dated: **September 3, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE