UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN C. BENITES, *individually and on behalf of all those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>FOOTHILL CAPITAL SOLUTIONS, LLC,<br><br>Defendant. | Case No. 1:26-cv-05689-KES-EPG<br><br>ORDER REGARDING STIPULATION OF DISMISSAL<br><br>(ECF No. 12) |

On October 25, 2026, the parties filed a joint stipulation dismissing this action with prejudice as to Plaintiff Robin C. Benites' individual claims and without prejudice as to the putative class members, with each party to bear their own attorney fees and costs. (ECF No. 12). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of putative class members, and with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 26, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE